NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELIAX TECHNOLOGY LLC, TOLL-FREE EXCHANGE, LLC,**

*Plaintiffs-Appellants*

**v.**

**AFFINITY NETWORK, INC.,**

*Defendant-Appellee*

---

2023-1197

---

Appeal from the United States District Court for the District of Nevada in No. 2:22-cv-00362-CDS-DJA, Judge Cristina D. Silva.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          TELIAX TECHNOLOGY LLC v. AFFINITY NETWORK, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

March 15, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 15, 2023